MAGISTRATE JUDGE DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5724 |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |
| MANUEL MALINA, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to March 12, 2007. The resulting period of delay from February 12, 2007, to March 12, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 9th day of February, 2007.

_/s/ James P. Donohue_
JAMES P. DONOHUE
United States Magistrate Judge

Presented By:

/s/_____   /s/_____
Jerome Kuh                    Captain Kenneth Tyndal
Attorney for Defendant        Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE            1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710